LILA A. FRITSCHE, *ET AL.*, PLAINTIFFS-PETITIONERS, v. WESTINGHOUSE ELECTRIC CORPORATION, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Schoch, Dietrich & Stockman* for the petitioners.

*Messrs. McLaughlin, Dawes & Abbotts* for the respondents.

October 14, 1969. Granted.

FRANK FORTE, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOROUGH OF TENAFLY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 106 *N. J. Super.* 346.

*Messrs. Schneider, Schneider, Behr & Carlton* for the petitioner.

*Mesrs. Morrison, Lloyd & Griggs* and *Mr. Donald W. de Cordova* for the respondent.

October 14, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JACK WOODROW MULVIHILL, DEFENDANT-RESPONDENT.

See same case below: 105 *N. J. Super.* 458.

*Mr. Michael R. Imbriani* and *Mr. Raymond R. Trombadore* for the petitioner.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the respondent.

October 14, 1969. Granted.